1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ANDREW WONG, CA Bar #308269
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    JEFFERY PRICE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  1:17-mj-00135-SAB
                                      )
12               Plaintiff,           )   STIPULATION TO REDUCE RESTITUTION
                                      )   PAYMENT;  ORDER
13   vs.                              )
                                      )
14   JEFFERY PRICE,                   )
                                      )
15               Defendant.           )
                                      )
     ─────────────────────────────────)

16

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18   counsel, Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant

19   Federal Defender Andrew Wong, counsel for Jeffery Price, that the Court modify the terms and

20   conditions of Mr. Price's probation to lower his restitution payments from $50.00 to $25.00 per

21   month.

22        On September 21, 2017, Defendant Jeffery Price pled guilty to Count Two, operating a

23   motor vehicle when blood or breath is more than .08 or more level of alcohol.  The Government

24   dismissed Counts One and Three.  He was sentenced to, among other conditions, twenty-four

25   months of unsupervised probation, two-hundred hours of community service, a $10.00 special

26   assessment, and a $650.00 fine.

27        Mr. Price is on schedule with his payments as ordered by the court.  He was recently

28   informed by his doctor that he will need to have back surgery and has medical bills which will be

increasing greatly.  Due to this unplanned additional expense, Mr. Price will be unable to continue making monthly payments at the current rate of $50.00 per month.

THEREFORE, and in light of the above analyses, THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Darin Rock, counsel for the government, and Assistant Federal Defender Andrew Wong, counsel for defendant, to a reduction of Mr. Price's monthly fine payment to $25.00 per month.

                              Respectfully submitted,

                              MCGREGOR SCOTT
                              United States Attorney

Dated: January 2, 2018          By: */s/ Darin Rock*_____
                                   DARIN ROCK
                                   Special Assistant U.S. Attorney


                              HEATHER E. WILLIAMS
                              Federal Defender

Dated: January 2, 2018          By: */s/ Andrew Wong*_____
                                   ANDREW WONG
                                   Attorney for Defendant
                                   Jeffery Price

**O R D E R**

    **IT IS SO ORDERED**, to reduce Mr. Price's monthly restitution payment to $25.00 per month is DENIED as the defendant is not current on his restitution obligations as of the submission of this stipulation. His first payment was due on October 15, 2017, but was not paid until December 11, 2017. The request is denied without prejudice. However, any future requests shall, including but not limited to the defendant's financial records including his bank and credit card statements and check registers.

IT IS SO ORDERED.

Dated:   **January 3, 2018**

                                            UNITED STATES MAGISTRATE JUDGE