# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JEFFERY F. PRICE,

    Defendant.

Case No. 1:17-mj-00135-SAB

**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION**

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Speeding, 52 mph in a posted 45 mph zone; Operating a motor vehicle while under the influence of alcohol, in violation of 36 CFR 4.1 & 4.2 |
| **Sentence Date:** | September 21, 2017 |
| **Review Hearing Date:** | October 3, 2018 |
| **Probation Expires On:** | September 23, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $650.00 ($640.00 fine; $10.00 special assessment)

## *COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described above.

## **Otherwise:**

☒   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒   To date, Defendant has paid a total of $ 400.00
   ☒ If not paid in full when was last time payment: 09/14/2018 [1]

☒   Compliance with Other Conditions of Probation: He has completed 208 hours community service and his has complete First Time DUI Offender Program.

---

[1] Defendant indicated that the balance will be paid in full on 09/21/2018.

***GOVERNMENT POSITION:***

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Attorney:

                          */s/ Gary M. Leuis*
                          GARY M. LEUIS
                          Special Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 10/3/2018 at 10:00 a.m.

     ☐     be continued to _____ at 10:00 a.m.; or

     ☒     be vacated.*

DATED: 9/19/2018             */s/ Hope Alley*
                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED.  The Court orders that the Review Hearing be vacated.

☒     DENIED.  However, the matter is continued to October 25, 2018 at 10:00 am. Defendant is ordered to appear.  Defendant is ordered to provide proof of completion of First Time DUI and proof of final financial payments by September 30, 2018.

IT IS SO ORDERED.

Dated:   **September 20, 2018**                                  
                                             UNITED STATES MAGISTRATE JUDGE

\* On the assumption that the balance of the fine is paid in full on 09/21/2018.