# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>JEFFERY F. PRICE,<br><br>                    Defendant. | Case No. 1:17-mj-00135-SAB<br><br>**DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Speeding, 52 mph in a posted 45 mph zone; Operating a motor vehicle while under the influence of alcohol, in violation of 36 CFR 4.1 & 4.2 |
| **Sentence Date:** | September 21, 2017 |
| **Review Hearing Date:** | October 25, 2018 |
| **Probation Expires On:** | September 23, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:** $650.00 ($640.00 fine; $10.00 special assessment)

### *COMPLIANCE:*

☒      Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☒      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒      To date, Defendant has paid a total of $ 650.00
           ☐ If not paid in full when was last time payment:

☒      Compliance with Other Conditions of Probation: He has completed 208 hours community service and his has complete First Time DUI Offender Program.

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                         */s/ Gary M. Leuis*
                         GARY M. LEUIS
                         Special Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/25/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.


DATED: 9/24/2018                   */s/ Hope Alley*
                                                 DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 28, 2018**

                                                       UNITED STATES MAGISTRATE JUDGE